GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625
    Attorney for Defendants State of New Jersey, New Jersey Department of Environmental Protection, State Agriculture Development Committee, Delaware and Raritan Canal Commission

By:  Mark Collier (MC6192)
     Deputy Attorney General
     (609) 292-6945
     mark.collier@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PENNEAST PIPELINE COMPANY, LLC, | : | HONORABLE BRIAN R. MARTINOTTI |
| Plaintiff, | : | Civil Action No.: |
| | : | See Exhibit A attached hereto |
| | : | BRM-DEA |
| v. | : | |
| A PERMANENT EASEMENT FOR 1.74 ACRES ± AND TEMPORARY EASEMENT FOR 2.24 ACRES ± IN HOPEWELL TOWNSHIP, MERCER COUNTY, NEW JERSEY, TAX PARCEL NO. 1106-92-2.011 | : | |
| RENZE WEN, JERSEY CENTRAL POWER & LIGHT COMPANY, STATE OF NEW JERSEY, BY THE SECRETARY OF THE DEPARTMENT OF AGRICULTURE, STATE AGRICULTURE DEVELOPMENT COMMITTEE, THE TOWNSHIP OF HOPEWELL, FIRST CHOICE BANK; | : | |
| AND ALL UNKNOWN OWNERS, | : | |

```
                        :
       Defendants.      :
                        :
_____ :
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Cover Letter, Brief Seeking Dismissal and in Opposition to Preliminary Injunction Application, accompanying certifications and this certificate of service were served in accordance with Local Rule of Civil Procedure 5.1 via ECF on March 20, 2018:



                By: <u>s/ Mark Collier</u>
                     Mark Collier (MC6192)
                     Deputy Attorney General

EXHIBIT A

<u>Dkt. No.</u>     <u>Case Name</u>

```
18-01684  PennEast Pipeline Company, LLC vs. 1.74 acres
18-01774  PennEast Pipeline Company, LLC vs. 0.26 acres
18-01603  PennEast Pipeline Company, LLC vs. 2.14 acres
18-01771  PennEast Pipeline Company, LLC vs. 0.88 acres
18-01699  PennEast Pipeline Company, LLC vs. 1.41 acres
18-01709  PennEast Pipeline Company, LLC vs. 2.35 acres
18-01670  PennEast Pipeline Company, LLC vs. 1.29 acres
18-01682  PennEast Pipeline Company, LLC vs. 0.01 acres
18-01638  PennEast Pipeline Company, LLC vs. 0.57 acres
18-01701  PennEast Pipeline Company, LLC vs. 1.06 acres
18-01689  PennEast Pipeline Company, LLC vs. 1.53 acres
18-01754  PennEast Pipeline Company, LLC vs. 1.86 acres
18-01756  PennEast Pipeline Company, LLC vs. 0.73 acres
18-01668  PennEast Pipeline Company, LLC vs. 0.03 acres
18-01743  PennEast Pipeline Company, LLC vs. 1.20 acres
18-01669  PennEast Pipeline Company, LLC vs. 1.29 acres
18-01778  PennEast Pipeline Company, LLC vs. 2.23 acres
18-01643  PennEast Pipeline Company, LLC vs. 2.11 acres
18-01721  PennEast Pipeline Company, LLC vs. 1.89 acres
18-01597  PennEast Pipeline Company, LLC vs. 1.92 acres
18-01672  PennEast Pipeline Company, LLC vs. 4.55 acres
18-01673  PennEast Pipeline Company, LLC vs. 1.93 acres
```